IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

NORVILL S. CLARK,

            Plaintiff,

v.                                      CIVIL ACTION NO. 2:19-cv-00554

CITY OF RICHWOOD, et al.,

            Defendants.

**PROPOSED FINDINGS & RECOMMENDATION**

This matter is assigned to the Honorable John T. Copenhaver, Jr., Senior United States District Judge, and it is referred to the undersigned United States Magistrate Judge for submission of proposed findings and a recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). Before this Court is the motion to dismiss filed by Defendants City of Richwood, City Council for the City of Richwood, Robin Brown, Ann Spencer, Chris McKenzie, Glen Weiler, James Vannoy, Chris Drennen, Chuck Toussieng, Britt Nicholas, and Sherry Chapman (collectively, "Defendants"). (ECF No. 14.)[1] Accompanying this Proposed Findings and Recommendation is an Order granting Plaintiff Norvill S. Clark ("Plaintiff") leave to proceed on his Amended Complaint. (ECF No. 30; *see* ECF No. 31.)

Because this matter will now proceed on the Amended Complaint, it is respectfully **RECOMMENDED** that the presiding District Judge **DENY WITHOUT PREJUDICE** Defendants' motion to dismiss (ECF No. 14), pending Defendants' filing of new responsive pleadings. Defendant has no objection to the denial of its motion to dismiss as moot in

---

[1] The undersigned notes that Defendants Bob Henry Baber and Cara Perkins have not yet been served with process. (ECF Nos. 28, 29.)

light of the filing of the Amended Complaint. (ECF No. 27.) It is further **RECOMMENDED** that the presiding District Judge **DISMISS WITHOUT PREJUDICE** Plaintiff's claims against Defendants Robin Brown, Ann Spencer, Chris McKenzie, Glen Weiler, James Vannoy, Chris Drennen, Chuck Toussieng, Britt Nicholas, and Sherry Chapman, as they are not named as parties in the Amended Complaint. (ECF No. 31.)

The parties are notified that this Proposed Findings and Recommendation is hereby **FILED**, and a copy will be submitted to the Honorable John T. Copenhaver, Jr., Senior United States District Judge. Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b), the parties shall have fourteen (14) days (filing of objections) and three (3) days (mailing) from the date of the filing of this Proposed Findings and Recommendation to file with the Clerk of this Court specific written objections identifying the portions of the Proposed Findings and Recommendation to which objection is made and the basis of such objection. Extension of this time period may be granted by the presiding District Judge for good cause shown. Copies of any objections shall be provided to the opposing party or, if it is represented by counsel, to its counsel, and to Judge Copenhaver.

Failure to file written objections as set forth above shall constitute a waiver of *de novo* review by the District Court and a waiver of appellate review by the Fourth Circuit Court of Appeals. 28 U.S.C. § 636(b)(1); *see Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *Wright v. Collins*, 766 F.2d 841, 846 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984).

The Clerk is **DIRECTED** to file this Proposed Findings and Recommendation and to mail a copy of the same to Plaintiff and to transmit a copy to counsel of record.

ENTER: October 21, 2019

_____
Dwane L. Tinsley
United States Magistrate Judge